UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., <br><br>          Plaintiff, <br><br> v. <br><br> NHU-NGUYEN Q DO, et al., <br><br>          Defendants. | Case No. 2:25-cv-00696-NJK[1] <br><br> **Order** <br><br> [Docket No. 13] |

Pending before the Court is a motion to extend the deadline to respond to the complaint. Docket No. 13; *see also* Docket No. 14 (joinder).  Any response must be filed by June 26, 2025.

IT IS SO ORDERED.

Dated: June 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This matter is currently assigned to the undersigned magistrate judge as part of the opt-out consent program.  *See* Docket Nos. 3-4.