UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., <br><br>       Plaintiff, <br><br> v. <br><br> NHU-NGUYEN Q DO, et al., <br><br>       Defendants. | Case No. 2:25-cv-00696-NJK[1] <br><br> **Order** <br><br> [Docket No. 13] |

Pending before the Court is a motion to extend the deadline to respond to the complaint. Docket No. 13; *see also* Docket No. 14 (joinder). The Court required that any response be filed by June 26, 2025. Docket No. 17. No response was filed. Defendants are both *pro se* litigants and they seek 30 to 60 extra days to review the complaint, consult with potential counsel, and prepare a response to the complaint. The Court finds good cause to support a 30-day extension. Accordingly, the motion to extend is **GRANTED** in that the deadline for Defendants to respond to the complaint is **EXTENDED** to July 21, 2025.

IT IS SO ORDERED.

Dated: June 27, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This matter is currently assigned to the undersigned magistrate judge as part of the opt-out consent program. *See* Docket Nos. 3-4.