# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> NHU-NGUYEN Q DO, et al., <br><br> Defendants. | Case No. 2:25-cv-00696-NJK[1] <br><br> **Order** |

On June 27, 2025, the Court ordered Defendants to respond to the complaint by July 21, 2025. Docket No. 18. Defendants violated that order. On July 29, 2025, the Court ordered Defendants to show cause, by August 12, 2025, why default should not be entered. Docket No. 19. Defendants did not respond to that order to show cause, have not responded to the complaint, and have otherwise sought no relief since the order was issued. Given the circumstances, the entry of default is warranted as to each Defendant. *See* Fed. R. Civ. P. 55(a); *see also* Fed. R. Civ. P. 16(f).[2] Accordingly, the Clerk's Office is **INSTRUCTED** to enter default against each Defendant.

Unless a motion to set aside default has been filed, Plaintiff must file a motion for default judgment by September 29, 2025. That motion must include the required analysis and showings for default judgment.

IT IS SO ORDERED.

Dated: August 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This case is referred to the undersigned magistrate judge as part of the opt-out program. *See* Docket Nos. 3, 4.

[2] "Whether entry of default is appropriate is an issue that may be raised *sua sponte*." *Smith v. Saribay*, 2021 WL 1824292, at *2 (D. Nev. Apr. 29, 2021) (collecting cases).